AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ADMINISTRATRIX BRANDI BOOTH ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:22-cv-197 |
| JONATHON LAZZARA, D.O., et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed as document number 102; GRANTING DEFENDANT DOUGHMAN'S MOTION FOR SUMMARY JUDGMENT, and GRANTING THE MONROE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Summary Judgment.

Date: 9/30/24

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk