## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 05, 2026

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

      Re:    Case No. 24-3894, *Brandi Booth v. Jonathan Lazzara, et al*
                Originating Case No. 3:22-cv-00197

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Kelly Stephens
                                        Appeal Case Manager: Monica

cc: Ms. Katherine L. Barbiere
    Ms. Dawn M. Frick
    Mr. Christopher T. Herman
    Mr. Konrad Kircher
    Mr. Jeffrey Charles Turner

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-3894

_____

Filed: February 05, 2026

BRANDI BOOTH, Administratrix of the Estate of Dustin Booth

    Plaintiff - Appellant

v.

DOCTOR JONATHAN LAZZARA

    Defendant

and

ROBERT BUCHANAN; MIKE ROSENBALM; BRIAN CURLIS; FRED DOUGHMAN; DREW ASPACHER; CITY OF MONROE, OH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/14/2026 the mandate for this case hereby issues today.

COSTS: None